EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2023 TSPR 73 |
| | 212 DPR ___ |
| Juan Carlos López Sepúlveda | |

Número del Caso:  TS-15,108


Fecha:  7 de junio de 2023


Abogado del peticionario:

Por derecho propio



Materia: Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Juan Carlos López Sepúlveda         TS-15,108

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de junio de 2023.

Examinada la *Petición* que presentó el señor Juan Carlos López Sepúlveda, se provee *ha lugar* y se autoriza su readmisión al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo